1  DYLAN B. CARP (State Bar No. 196846)
   SCOTT P. JANG (State Bar No. 260191)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California  94111
   Telephone: 415.394.9400
4  Facsimile: 415.394.9401
   Email: CarpD@jacksonlewis.com
5         Scott.Jang@jacksonlewis.com

6  Attorneys for Defendants
   INDEPENDENT BREWERS UNITED
7  CORPORATION; NORTH AMERICAN
   BREWERIES, INC.; and PYRAMID
8  BREWERIES, INC.

9  GREGORY A. DOUGLAS (State Bar No. 147166)
   JAMIE A. DOUGLAS (State Bar No. 287023)
10 LAW OFFICES OF GREGORY A. DOUGLAS
   5500 Bolsa Ave., Suite 201
11 Huntington Beach, California 92649
   Telephone: (562) 252-8800
12 Facsimile: (562) 256-1006
   Email:  greg@gdouglaslaw.com
13
   Attorneys for Plaintiff
14 VICTOR BOYCE

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
7/20/2015

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18 | VICTOR BOYCE,                              | Case No. 4:15-cv-002263-YGR
19 |           Plaintiff,                        | **STIPULATION TO DISMISS PYRAMID BREWERIES, INC. WITHOUT PREJUDICE**
20 |      v.                                    |
21 | INDEPENDENT BREWERS UNITED
22 | CORPORATION, a Washington corporation;
   | NORTH AMERICAN BREWERIES, INC., a
   | Delaware corporation; PYRAMID
23 | BREWERIES, INC.; DOES 1-10, business
   | entit(ies), form(s) unknown; DOES 11-20,
24 | individual(s); and DOES 21-30, inclusive,
25 |           Defendants.

26

27

28

STIPULATION OF DISMISSAL                                      Case No. 4:15-cv-02263-YGR

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to above-captioned action hereby stipulate that Plaintiff Victor Boyce dismisses his claims against Defendant Pyramid Breweries, Inc. without prejudice, each party to bear its own costs and attorney's fees.

Dated: July 17, 2015          LAW OFFICES OF GREGORY A. DOUGLAS

                              By:    /s/ Gregory A. Douglas
                                     Gregory A. Douglas
                                     Jamie A. Douglas
                                     Attorneys for Plaintiff
                                     VICTOR BOYCE

Dated: July 17, 2015          JACKSON LEWIS P.C.

                              By:    /s/ Dylan B. Carp
                                     Dylan B. Carp
                                     Scott P. Jang
                                     Attorneys for Defendants
                                     INDEPENDENT BREWERS
                                     UNITED CORPORATION; NORTH
                                     AMERICAN BREWERIES, INC.;
                                     and PYRAMID BREWERIES, INC.

4835-3666-5637, v. 1