UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR BOYCE,

        Plaintiff,

    v.

INDEPENDENT BREWERS UNITED CORPORATION, et al.,

        Defendants.

Case No. 15-cv-02263-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 29, 2016 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | February 5, 2016 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | only with Court approval |
| NON-EXPERT DISCOVERY CUTOFF re LIABILITY: | September 30, 2015 |
| NON-EXPERT DISCOVERY CUTOFF re DAMAGES: | February 5, 2016 |
| EXPERT DISCLOSURES: | February 26, 2016  Rebuttal: March 11, 2016 |
| EXPERT DISCOVERY CUTOFF: | April 1, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | November 3, 2015   [filed 9/29/15] |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, June 3, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | June 10, 2016 |
| PRETRIAL CONFERENCE: | Friday, June 24, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, July 18, 2016 at 8:30 a.m. for 5 days (BENCH Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, June 3, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 18, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge