UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**VICTOR BOYCE,**

              Plaintiff,

    v.

**INDEPENDENT BREWERS UNITED CORPORATION, ET AL.,**

              Defendants.

Case No.   15-cv-02263-YGR

**ORDER VACATING HEARING**

Re: Dkt. No. 33

The Court hereby **VACATES** the hearing on defendants' motion for summary judgment currently set for November 3, 2015.  The hearing will be rescheduled, if necessary, for a later date.

    **IT IS SO ORDERED.**

Dated: October 28, 2015

_____

    **YVONNE GONZALEZ ROGERS**
    **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California