UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR BOYCE**,<br>             Plaintiff,<br>       v.<br>**INDEPENDENT BREWERS UNITED CORPORATION, *et al.*,**<br>             Defendants. | Case No. 15-cv-02263-YGR<br><br>**ORDER SETTING HEARING**<br>Re: Dkt. No. 33 |

   The Court hereby **SETS** a hearing on defendants' motion for summary judgment (Dkt. No. 33) on **January 12, 2016** on the Court's 2:00 p.m. calendar in the Federal Courthouse, 1301 Clay Street, Oakland California, Courtroom 1.

   **IT IS SO ORDERED.**

Dated: December 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**