**GREGORY A. DOUGLAS, ESQ. (SBN 147166)**
**JAMIE A. McCRARY, ESQ. (SBN 287023)**
**LAW OFFICES OF GREGORY A. DOUGLAS**
5500 Bolsa Ave., Ste. 201
Huntington Beach, CA  92649
Tel.:  (562) 252-8800
Fax:  (562) 256-1006
greg@gdouglaslaw.com



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
2/10/16

Attorneys for Plaintiff(s)
VICTORY BOYCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| VICTOR BOYCE, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INDEPENDENT BREWERS UNITED CORPORATION, a Washington corporation; NORTH AMERICAN BREWERIES, INC., a Delaware corporation; PYRAMID BREWERIES, INC.; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>　　　　　Defendant(s). | Case No. 4:15-cv-002263-YGR<br><br>Judge: Yvonne Gonzalez Rogers<br><br>**STIPULATION RE CERTAIN DISCOVERY DEADLINES**<br><br>Complaint Filed:   May 20, 2015<br><br>Trial Date:          July 18, 2016 |

1  Whereas, the parties previously stipulated to continue the deadline to complete
2  discovery regarding damages and depose Eduardo Perez and Mark House until
3  February 29, 2016;
4  Whereas, the Court heard and ruled on Defendants' motion for summary
5  judgment on January 26, 2016;
6  Whereas, the parties wish to conserve resources while engaging in settlement
7  negotiations;
8  Now, therefore, the parties stipulate that Plaintiff has until March 31, 2016 to
9  depose Eduardo Perez, and Defendants have until March 31, 2016 to depose Mark
10 House, and the parties have until March 31, 2016 to complete discovery regarding
11 damages.

Dated:  February 5, 2016            LAW OFFICES OF GREGORY A. DOUGLAS


                                     /s/Gregory A. Douglas _____
                                    Gregory A. Douglas Esq.
                                    Attorneys for Plaintiff
                                    VICTOR BOYCE


Dated:  February 5, 2016            JACKSON LEWIS P.C.


                                     /s/Dylan B. Carp_____
                                    Dylan B. Carp, Esq.
                                    Scott P. Jang, Esq.
                                    Attorneys for Defendants INDEPENDENT
                                    BREWERS UNITED CORPORATION,
                                    NORTH AMERICAN BREWERIES, INC. and
                                    PYRAMID BREWERIES, INC.