1  **GREGORY A. DOUGLAS, ESQ. (SBN 147166)**
2  **JAMIE A. McCRARY, ESQ. (SBN 287023)**
   **LAW OFFICES OF GREGORY A. DOUGLAS**
3  **5500 Bolsa Ave., Ste. 201**
4  **Huntington Beach, CA  92649**
   **Tel.:  (562) 252-8800**
5  **Fax:  (562) 256-1006**
6  **greg@gdouglaslaw.com**

GRANTED
Judge Yvonne Gonzalez Rogers
3/4/2016

7
8  Attorneys for Plaintiff(s)
   VICTORY BOYCE
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNA
12

| 13 | VICTOR BOYCE, an individual, | Case No. 4:15-cv-002263-YGR |
|---|---|---|
| 14 | Plaintiff, | Judge: Yvonne Gonzalez Rogers |
| 15 | v. | |
| 16 | INDEPENDENT BREWERS UNITED CORPORATION, a Washington corporation; NORTH AMERICAN BREWERIES, INC., a Delaware corporation; PYRAMID BREWERIES, INC.; DOES 1-10, business entit(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive, | **STIPULATION RE CERTAIN DISCOVERY DEADLINES** |
| 17 | | |
| 18 | | Complaint Filed:   May 20, 2015 |
| 19 | | Trial Date:              July 18, 2016 |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Defendant(s). | |

Whereas, the parties previously stipulated to continue the deadline to complete discovery regarding damages and depose Eduardo Perez and Mark House until March 31, 2016;

Whereas, the parties wish to conserve resources while engaging in settlement negotiations;

Now, therefore, the parties stipulate that Plaintiff has until April 30, 2016 to depose Eduardo Perez, and Defendants have until April 30, 2016 to depose Mark House, and the parties have until April 30, 2016 to complete depositions regarding damages.

Dated:  March 3, 2016        LAW OFFICES OF GREGORY A. DOUGLAS

                                                /s/Gregory A. Douglas
Gregory A. Douglas Esq.
Attorneys for Plaintiff
VICTOR BOYCE

Dated:  March 3, 2016        JACKSON LEWIS P.C.

                                                /s/Dylan B. Carp
Dylan B. Carp, Esq.
Scott P. Jang, Esq.
Attorneys for Defendants INDEPENDENT BREWERS UNITED CORPORATION, NORTH AMERICAN BREWERIES, INC. and PYRAMID BREWERIES, INC.

4848-0929-3870, v.  1