UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BOYCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>INDEPENDENT BREWERS UNITED<br>CORPORATION, et al.,<br><br>                    Defendants. | Case No.  15-cv-02263-YGR<br><br>**CASE MANAGEMENT AND<br>PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, September 12, 2016 at 2:00 p.m. |
| DAMAGES  FACT  DISCOVERY CUTOFF: | June 30, 2016 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 7, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | September 30, 2016 |
| PRETRIAL CONFERENCE: | Friday, October 14, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, October 31, 2016 at 8:30 a.m. for 5 days[1]<br>(Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance hearing on Friday, October 7, 2016 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith.  The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland,

[1] The Court notes that counsel for plaintiff and lead trial counsel for defendants raised potential conflicts in the following cases, respectively: *Balandra v. Check Point Software Technologies, Inc.*, Superior Court of California, County of San Mateo, Case No. CIV536849; *Williams v. Wyndham Worldwide, Inc.*, Superior Court of California, County of San Francisco, Case No. CGC-12-526187.  Should counsel find themselves in trial in the foregoing cases on the scheduled trial date, the Court will move the trial date in this case.

United States District Court
Northern District of California

California, in Courtroom 1.  Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 25, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge