UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BOYCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INDEPENDENT BREWERS UNITED CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-02263-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| | |
|---|---|
| COMPLIANCE HEARING (*SEE* BELOW) | Friday, October 28, 2016 at 9:01 a.m. |
| | Filing by October 21, 2016 |
| JOINT PRETRIAL CONFERENCE STATEMENT | October 14, 2016 |
| PRETRIAL CONFERENCE: | Friday, October 28, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, November 7, 2016 at 8:30 a.m. (Bench Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, October 28, 2016 at 9:01 a.m. is intended to (1) confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith and (2) update the Court as to the status of defense trial in San Francisco Superior Court. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By October 21, 2016, the parties shall file a one-page JOINT STATEMENT confirming they have complied with the Court's Pretrial Setting Instructions or

explaining their failure to comply. In addition, by October 21, 2016, defense counsel shall file a status update regarding the San Francisco Superior Court trial set to begin on October 17, 2106. If compliance is complete, the compliance hearing will be taken off calendar. The Court will determine whether the Pretrial Conference will proceed on October 28, 2016 at 9:00 a.m. based on defense counsel's update and advise the parties accordingly.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 7, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge