UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR BOYCE**, <br> Plaintiff, <br> v. <br> **INDEPENDENT BREWERS UNITED CORPORATION AND NORTH AMERICAN BREWERIES, INC, PYRAMID BREWERIES, INC. AND DOES 1-30, INCLUSIVE**, <br> Defendants. | Case No.  15-cv-2263 <br><br> **PRETRIAL ORDER NO. 1** |

Having considered the filings to date and the arguments and other submissions at the Pretrial Conference, held on February 10, 2017, for good cause shown the Court enters the following orders:

1. **<u>Trial Date and Schedule:</u>**  The trial of this matter is confirmed to proceed in Courtroom 1 on **Monday, February 27, 2017**.  Counsel shall arrive in court early enough to proceed promptly at 8:30 a.m. with trial testimony.  Trial schedule will be Monday through Thursday, from 8:30 a.m. to 1:30 p.m. with two fifteen minute breaks which will allow for 4.5 hours of trial testimony per day.  Friday's schedule will be set on an as needed basis.  Any matters requiring Court attention outside of trial testimony shall be resolved from 8:00 a.m. to 8:30 a.m. or after the Court's 2:00 p.m. standing calendars.

    Parties are limited to eleven (11) hours of testimony per side.  Such time includes both direct and cross-examination and both opening and closing statements, to the extent used.

2. **<u>Trial Briefs</u>** shall be filed by the **Thursday, February 23, 2017.**  The parties are advised that the Court will require post-trial briefs after the close of evidence with

1      direct citations to the record.

2.  3. **Standard Motions *in Limine*:** The Court hereby orders that: (a) witnesses shall be excluded until testimony is completed; (b) there shall be no reference to or evidence presented of settlement discussions, mediation, or insurance; and (c) there shall be no reference to or evidence presented of wealth or lack thereof of any party except in the punitive damage phase of a case, to the extent it exists.

Parties are ordered to admonish witnesses of the Court's rulings. Failure to comply with a ruling by the Court may result in sanctions, including without limitation the striking of the witness's entire testimony.

4. **Witnesses:** The parties are limited to calling the witnesses submitted on the list filed for the Pretrial Conference. Upon a showing of good cause, including for rebuttal or impeachment purposes, additional witnesses will only be allowed by Court order.

5. **Exhibits and Exhibit Lists:**

The parties are limited to using the Exhibits submitted to the Court on the Friday before the trial date except to the extent that the parties are conferring on summaries of the more voluminous exhibits. No witness may be shown any document or other object until it has been marked for identification using an exhibit number. By **Wednesday, February 22, 2017,** the parties shall file updated Exhibit Lists identifying those for which a stipulation of admissibility exists with an "S" in the appropriate box.

In accordance with the specifications set forth in the Court's Standing Order, paragraph 6.h., exhibits (the originals and two additional sets) shall be delivered to the Court no later than **Friday, February 24, 2017**.

6. **Equipment:** Projectors, screens, and similar equipment must be tested in the courtroom prior to the day when it will be used. Arrangements may be made with the Courtroom Deputy, Frances Stone, at (510) 637-3540, as to appropriate time for doing so. The United States Marshal Service requires a court order to allow

equipment. To the extent required, parties will need to file a detailed request set forth in a proposed form order.

7. **Fed. R. Civ. P. 68 Offers:** Counsel shall lodge with the Court on the first day of trial, in a sealed envelope, any offers of judgment made under Fed. R. Civ. P. 68.

8. **Doe Defendants**: All Doe Defendants will be deemed dismissed once the first witness is sworn.

9. **Depositions to be Used at Trial:** Any party intending to use a deposition transcript at trial for any purpose shall lodge the signed original (or a certified/stipulated copy if, for any reason, the original is not available) for use by the Court *and* shall have extra copies available for use by him/herself *and* the witness. All other parties are expected to have their own copies available. The parties shall each prepare and provide an index of the lodged transcripts and shall review the same with the courtroom deputy upon lodging the transcripts. Before each trial day, counsel shall confer with the courtroom deputy and identify which of the transcripts may be used that day.

10. **Witnesses at Trial:** The party presenting evidence shall give the other party 24 hours written notice of the witnesses to be called unless otherwise agreed upon by the parties themselves. The parties are admonished that use of trial time is critical given the limited resources of the Court. All parties must have witnesses ready and available to testify. If the party presenting evidence does not have a witness ready to be called once a prior witness steps down, that party may be deemed to have rested its case. Witnesses *may* be taken out of order upon stipulation or with leave of Court *provided that* the circumstances giving rise to such an accommodation are promptly called to the attention of opposing counsel and the Court.

11. **Objections:** There shall be no "speaking objections," and no rebuttal unless requested by the Court, in which case it shall be brief—e.g., "hearsay," and if a rebuttal requested, "not offered for the truth."

12. **Requests for Transcripts:** If transcripts will be requested during or immediately

after the trial, arrangements must be made with the Court Reporter Coordinator (Telephone No. 510-637-3534) **at least** one week prior to the commencement of the trial.

13. **Settlement:** Counsel shall promptly notify the Court by telephone and email (for after hours, use: ygrchambers@cand.uscourts.gov) of any settlement.  The notification shall indicate what further steps need to be taken to finalize the settlement.   Parties are advised that the trial and all trial-related dates will not be vacated until a dismissal is filed, unless otherwise ordered by the Court.

14. **Trial Decorum and Procedure:**  Counsel, parties, and witnesses are expected to conduct themselves at all times, on or off the record, in a professional and courteous manner during trial.  Do NOT approach other parties' witnesses without permission.  You may approach your own non-hostile witnesses without permission.

15. **Other:**

This confirms that the Court has encouraged lead counsel to allow associates on the case to participate in witness examinations.

Failure to comply with the obligations set forth in this order will result in sanctions appropriate to the gravity of the failure, including, but not limited to monetary fines and/or terminating sanctions.

IT IS SO ORDERED.

Dated: February 10, 2017

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE